# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JEFFREY BROWN, | ) NO. CV 08-8309 VAP (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| BEN CURRY, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 14, 2010.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE